LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 257274]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MELISSA NUNEZ, | No. 5:22-cv-01848-KK |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | NOTE: CHANGES MADE BY THE COURT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND SEVEN HUNDRED AND FIFTY DOLLARS AND NO/100 ($4,750.00), and zero ($0.00) costs, subject to the terms of the stipulation.

DATE: July 27, 2023

                HON. KENLY KIYA KATO
                UNITED STATES MAGISTRATE JUDGE